```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     JAMES YOUNG, ET AL

                         Plaintiff(s)

       -vs-                                    05-Cv-6258T

     VIENNA ESTATES, INC., ET AL

                         Defendant(s)
_____
```

     The Court having been advised that the above action has been settled, it is hereby,

     ORDERED, that the above action is hereby dismissed with prejudice. The Court retains jurisdiction over the effectuation of the settlement.

     SO ORDERED.

                              S/ MICHAEL A. TELESCA
                              MICHAEL A. TELESCA
                              United States District Judge

Dated: December 16, 2005